UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:   3:11-CV-868-J-34-MCR

NORMAN HOEWISCHER,

    Plaintiff,

v.

DUHON AND ASSOCIATES, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The parties notify the Court that they have settled this case.

**LIPPES & BRYAN, P.A.**

/s/Mark C. Bryan_____
Mark C. Bryan, Esquire
Florida Bar No. 112410
800 West Monroe Street
Jacksonville, FL 32202
(904) 633-8781 - Telephone
(904) 633-7570 - Facsimile
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March, 2012, I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, and that a copy of the foregoing has been furnished to Barbra R. Joyner, Esquire, 1470 E. Michigan Street, Orlando, FL 32806 by facsimile (407-481-7986) and U.S. Mail this 15th day of March, 2012.

/s/Mark C. Bryan_____