**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NORMAN HOEWISCHER,

        Plaintiff,

v.                                                                                          Case No. 3:11-cv-868-J-34MCR

DUHON AND ASSOCIATES, INC.,

        Defendant.

_____

**ORDER OF DISMISSAL**

This matter is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 15; Stipulation) filed on July 13, 2012. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

1.    This case is **DISMISSED with prejudice**.

2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 25th day of July, 2012.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record